UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------X
FREEDOM MORTGAGE CORPORATION,

                        Plaintiff,

      -against-

NORMAN J. POWELL,

                        Defendant.
----------------------------------------------------------X

**REPORT AND RECOMMENDATION**
18 CV 4265 (ENV) (CLP)

**POLLAK**, United States Magistrate Judge:

On June 18, 2024, plaintiff Freedom Mortgage Corporation filed a status report stating that "this matter remains impacted by a Department of Veterans Affairs (VA) Moratorium." (ECF No. 73). In light of the moratorium, the Court respectfully recommends that the motion for default judgment (ECF No. 28) be denied without prejudice to renew once the moratorium is lifted.

Any objections to this Report and Recommendation must be filed with the Clerk of the Court, with a copy to the undersigned, within fourteen (14) days of receipt of this Report. Failure to file objections within the specified time waives the right to appeal the District Court's Order. See 28 U.S.C. § 636(b)(1); Fed. R. Civ. P. 6(a), 72; Caidor v. Onondaga Cnty., 517 F.3d 601, 604 (2d Cir. 2008).

A copy of this Report and Recommendation will be mailed to the *pro se* defendant by the Court.

**SO ORDERED.**

Dated: August 9, 2024
       Brooklyn, New York

/s/ Cheryl L. Pollak
Cheryl L. Pollak
United States Magistrate Judge
Eastern District of New York